**BLAKELY LAW GROUP**
Brent H. Blakely (SBN 157292)
*bblakely@blakelylawgroup.com*
Mark S. Zhai (SBN 287988)
*mzhai@blakelylawgroup.com*
Colby A. Meagle (SBN 328594)
*cmeagle@blakelylawgroup.com*
1334 Parkview Avenue, Suite 280
Manhattan Beach, CA 90266
Telephone: 310.546.7400

**BYRON RAPHAEL LLP**
Tim Byron (SBN 277569)
*tbyron@byronraphael.com*
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.839.8500

**BYRON RAPHAEL LLP**
Jordan Raphael (SBN 252344)
*jraphael@byronraphael.com*
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: 213.291.9800

Attorneys for Plaintiff

**FAEGRE DRINKER BIDDLE & REATH LLP**
Amanda Semaan (SBN 293896)
*amanda.semaan@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: 310.203.4000

**FAEGRE DRINKER BIDDLE & REATH LLP**
James R. Steffen (*Admitted Pro Hac Vice*)
*james.steffen@faegredrinker.com*
Peter M. Routhier (*Admitted Pro Hac Vice*)
*peter.routhier@faegredrinker.com*
David R. Merritt (*Admitted Pro Hac Vice*)
*david.merritt@faegredrinker.com*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612.766.7700

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; et al.,<br><br>Defendants. | Case No.: 2:19-cv-06203-VAP-GJS<br><br>Hon. Virginia A. Phillips<br><br>**STIPULATED ORDER TO VACATE REFERRAL TO PANEL MEDIATOR AND BE REFERRED, PURSUANT TO L.R. 16-15.4, TO PRIVATE DISPUTE RESOLUTION PROCEEDING** |

WHEREAS, the ADR Program Staff assigned this case to a Panel Mediator on February 26, 2020 (ECF No. 27);

WHEREAS, the last day to conduct a mediation in this lawsuit is currently set as July 29, 2020 (ECF No. 29);

WHEREAS, in addition to this lawsuit, the Plaintiff Deckers Outdoor Corporation ("Plaintiff") and Defendant Target Corporation ("Defendant") are parties to a second intellectual property infringement lawsuit involving some of the same intellectual property rights: *Deckers Outdoor Corporation v. Target Corporation et al.*, Case No. 2:19-cv-6215 (C.D. Cal.);

WHEREAS, the parties have scheduled a private mediation for July 29, 2020 before the Hon. S. James Otero (Ret.), in which they seek to address all claims outstanding between them;

NOW THEREFORE, the parties have stipulated and agreed, and respectfully request that the Court order, that the prior referral to a Panel Mediator be vacated, and this case instead be referred, pursuant to L.R. 16-15.4 ADR PROCEDURE NO. 3, to private dispute resolution proceeding —namely, to the July 29, 2020 mediation before the Hon. S. James Otero (Ret.).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 22, 2020          **BLAKELY LAW GROUP**

By:  */s/ Mark S. Zhai*
     Brent H. Blakely
     Mark S. Zhai
     Colby A. Meagle

**BYRON RAPHAEL LLP**

Tim Byron
Jordan Raphael

Attorneys for Plaintiff
Deckers Outdoor Corporation

Dated: July 22, 2020

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:  */s/ Amanda Semaan*

Amanda Semaan
James R. Steffen
Peter M. Routhier
David R. Merritt

Attorneys for Defendant
Target Corporation

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:

Hon. Virginia A. Phillips
**Chief District Judge**